**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Guljinder Singh Gill

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07- CR-00151- JAM |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| vs. | DATE: May 26, 2009 |
| GULJINDER SINGH GILL, | TIME: 9:30 a.m. |
| | Hon. John A. Mendez |
| Defendants. | |

Defendants, by and through their undersigned counsel, and the United States of America, through Assistant United States Attorney Jason Hitt hereby agree and stipulate to continue the status conference in the above captioned case from March 31, 2009 to May 26, 2009 at 9:30 a.m.[1] This continuance is requested due to the unavailability of government counsel. Additionally, defense counsel needs additional time to prepare and discuss resolution with counsel for the government.

---

[1] The parties have been advised by this Court's Clerk that May 26, 2009 at 9:30 a.m. is an available date and time for a status conference on this matter.

PDF created with pdfFactory trial version www.pdffactory.com

For these reasons, the parties stipulate and request that the Court exclude time within which the trial must commence under the Speedy Trial Act from March 31, 2009 through May 26, 2009 and under 18 U.S. C. § 3161(h)(8)(B)(iv)  (Local Code T4).

Dated: March 27, 2009              Respectfully submitted,

/s/ Jason Hitt[2]
Jason Hitt
Assistant United States Attorney


Dated: March 27, 2009               /s/ Johnny L. Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
Guljinder Singh Gill

ORDER

Based on the stipulation of the parties and good cause apparent therein, the Court hereby finds that the failure to grant a continuance in this case would deny Defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court specifically finds that the ends of justice are served by the granting of such continuance and outweigh the interests of the public and the Defendant in a speedy trial.

Based on these findings and pursuant to the stipulation of the parties, the Court hereby adopts the stipulation of the parties in its entirety as its order.

**IT IS SO ORDERED.**

Dated: March 30, 2009              /s/ John A. Mendez
HON. JOHN A. MENDEZ
United States District Judge

---

[2] Assistant United States Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to sign this Stipulation on his behalf.

PDF created with pdfFactory trial version www.pdffactory.com