**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III  (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Guljinder Singh Gill

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07- CR-00151- JAM |
| Plaintiff, | **ORDER TO RELEASE DEFENDANT'S PASSPORT** |
| vs. | DATE:  August 18, 2009 |
| GULJINDER SINGH GILL | |
| Defendant. | Hon. John. A. Mendez |

Defendant, by and through his undersigned counsel, hereby moves the court for an order authorizing the Clerk of the United States District Court for the Eastern District of California to temporarily release his passport.

Defendant will need his passport to travel to London, England for attendance of a family wedding.  Defendant will leave the Unites States on September 1, 2009 and return on September 10, 2009.  Defendant will surrender his passport back to the clerk no later than September 14, 2009.  The Government has been advised and has no objection to this request. Defendant's Passport Number is 056669597 and the Clerk's Receipt Number 20512934.

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

Dated: August 18, 2009		/s/ Johnny L Griffin, III[1]
					JOHNNY L. GRIFFIN, III
					Attorney for Defendant
					GULJINDER SINGH GILL

**IT IS SO ORDERED.**

Dated: 8/19/2009		/s/ John A. Mendez
					HON. JOHN A. MENDEZ
					U.S. District Judge

PDF created with pdfFactory trial version www.pdffactory.com