DANNY D. BRACE, JR., #114466
LAW OFFICE OF DANNY D. BRACE, JR.
901 H Street, Suite 500
Sacramento, CA 95814
(916) 552-6660
Fax: (916) 447-0592

Attorney for Will Adamian

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>GULJINDER SINGH GILL,<br><br>    Defendant | Case No.: 2:07 CR 00151 JAM<br>AMENDED<br>STIPULATION AND ORDER TO EXTEND TIME FOR HEARING AND TO EXCLUDE TIME |

The parties agree that time beginning December 1, 2009 and extending through January 12, 2010 should be excluded from the calculation of time under the Speedy Trial Act. (T-2 and T-4). The parties submit that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and so that the defendant may have continuity of counsel. 18 U.S.C. § 3161(h)(8)(B)(iv). The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(8)(A).

The parties further request that this matter be taken off the December 1, 2009, calendar and be rescheduled to January 12, 2010 at 9:30 a.m. and to March 2, 2010 at 9:30 a.m. for a trial confirmation hearing and March 15, 2010 at 9:00 a.m. for trial.

STIP AND ORDER TO EXTEND TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

Date: 11-30-09                                  By: /s/ Danny D. Brace, Jr.,
                                                DANNY D. BRACE, JR.,
                                                Attorney for
                                                Will Adamian


Date: 11-30-09                                  By:/s/ Jason Hitt
                                                Authorized to sign for Mr. Hitt
                                                On November 30, 2009
                                                JASON HITT
                                                Assistant U.S. Attorney

**IT IS SO ORDERED:**
**Dated: 11/30/2009**

/s/ John A. Mendez_____
HON. JOHN H. MENDEZ.

STIP AND ORDER TO EXTEND TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com