**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
**SILKY SAHNAN (SBN 242850)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Guljinder Singh Gill

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07- CR-00151- JAM |
| Plaintiff, | **ORDER TO RELEASE DEFENDANT'S PASSPORT** |
| vs. | DATE: February 8, 2010, |
| GULJINDER SINGH GILL | Hon. John. A. Mendez |
| Defendant. | |

Defendant, by and through his undersigned counsel, Johnny L. Griffin III, hereby moves the court for an order authorizing the Clerk of the United States District Court for the Eastern District of California to temporarily release his passport.

Defendant will need his passport to travel to British Columbia, Canada to visit his family. Defendant will leave the United States on February 11, 2010 and return February 14, 2010. Defendant will surrender his passport back to the clerk no later than February 17, 2010. The Government has been advised and has no objection to this request.

///

///

PDF created with pdfFactory trial version www.pdffactory.com

Defendant's Passport Number is 056669597 and the Clerk's Receipt Number is 20512934.

Respectfully submitted,

Dated: February 8, 2010     /s/ Johnny L Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
GULJINDER SINGH GILL

**IT IS SO ORDERED.**

Dated:     February 8, 2010     /s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Judge

PDF created with pdfFactory trial version www.pdffactory.com