**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Guljinder Singh Gill

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:07- CR-00151- JAM |
| Plaintiff, | **ORDER TO RELEASE DEFENDANT'S PASSPORT** |
| vs. | DATE: July 20, 2010, |
| GULJINDER SINGH GILL | Hon. John. A. Mendez |
| Defendant. | |

    Defendant, by and through his undersigned counsel, Johnny L. Griffin III, hereby moves the court for an order authorizing the Clerk of the United States District Court for the Eastern District of California to temporarily release his passport.

    Specifically, Defendant requests to travel to London, England leaving on August 4, 2010 and returning August 11, 2010. The purpose of this travel is to attend a wedding. Defendant will need his passport, which was previously surrendered to the Clerk of the United States District Court for the Eastern District of Columbia, for this travel. Defendant's Passport Number is 056669597. Defendant will surrender his passport back to the Clerk's Office no later than

PDF created with pdfFactory trial version www.pdffactory.com

August 12, 2010. The Government has been advised of these requests and has no objection[1].

Respectfully submitted,

Dated: July 20, 2010                /s/ Johnny L Griffin, III
                                    JOHNNY L. GRIFFIN, III
                                    Attorney for Defendant
                                    GULJINDER SINGH GILL

The United States of America, by and through its undersigned attorney, Assistant United States Attorney Jason Hitt, has no objection to Defendant's request for travel to London, England leaving August 4, 2010 and returning on August 11, 2010. Further, the United States does not object to the release of his passport for this travel with the condition that it be surrendered back to the Clerk's Office no later than close of business on August 12, 2010.

Dated: July 20, 2010                /s/ Jason Hitt [2]
                                    JASON HITT
                                    Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  July 21, 2010               /s/ John A. Mendez
                                    HON. JOHN A. MENDEZ
                                    U.S. District Judge

---

[1] Pretrial Services Officer Steve Shehan has been notified and has no objections to Defendant's request so long as Defendant provides Pretrial Services with a copy of the travel itinerary before his departure.

[2] Assistant United States Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to electronically sign this [Proposed] Order on his behalf.

PDF created with pdfFactory trial version www.pdffactory.com