**LAW OFFICES OF JOHNNY L. GRIFFIN III**
**JOHNNY L. GRIFFIN III (SBN 118694)**
1010 F STREET, SUITE 200
SACRAMENTO, CA 95814
Telephone: (916) 444-5557
Facsimile: (916) 444-5558

Attorney for Defendant
Guljinder Singh Gill

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GULJINDER SINGH GILL<br><br>　　　　　Defendant. | Case No.: 2:07- CR-00151- JAM<br><br>**SUPPLEMENTAL ORDER TO EXTEND DEFENDANT'S PASSPORT SURRENDER DATE**<br><br>DATE: August 12, 2010,<br><br>Hon. John. A. Mendez |

　　　Defendant, by and through his undersigned counsel, Johnny L. Griffin III, hereby moves the Court for an order extending the surrender date of Defendant's passport to the Clerk of the United States District Court for the Eastern District of California.

　　　Specifically, Defendant's passport was released to him on August 4, 2010 for the purpose of travel to London, England to attend a wedding. Defendant is scheduled to surrender his passport on August 12, 2010. However, Defendant's flight was delayed at the JFK Airport in Queens, New York. Defendant is flying via standby and is currently awaiting a flight from JFK Airport to Sacramento, California. The purpose of this requested extension is to allow Defendant sufficient time to return home and then surrender his passport.

　　　Accordingly, Defendant requests that he be permitted to surrender his passport back to

PDF created with pdfFactory trial version www.pdffactory.com

the Clerk's Office on August 13, 2010. The Government has been advised of this request and has no objection[1].

Respectfully submitted,

Dated: August 12, 2010  /s/ Johnny L Griffin, III
JOHNNY L. GRIFFIN, III
Attorney for Defendant
GULJINDER SINGH GILL

The United States of America, by and through its undersigned attorney, Assistant United States Attorney Jason Hitt, has no objection to Defendant's request to extend the passport surrender date from August 12, 2010 to August 13, 2010.

Dated: August 12, 2010  /s/ Jason Hitt [2]
JASON HITT
Assistant United States Attorney

**IT IS SO ORDERED.**

Dated:  August 12, 2010  /s/ John A. Mendez
HON. JOHN A. MENDEZ
U.S. District Judge

---

[1] Pretrial Services Officer Darryl Walker has been notified and has no objections to Defendant's request.
[2] Assistant United States Attorney Jason Hitt telephonically authorized attorney Johnny L. Griffin, III to electronically sign this [Proposed] Supplemental Order on his behalf.

PDF created with pdfFactory trial version www.pdffactory.com