UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

| | |
|---|---|
| Honorable John A. Mendez<br>United States District Judge<br>Sacramento, California | **RE: Guljinder Singh Gill**<br>    **Docket Number: 0972 2:07CR00151-001**<br>    <u>**PERMISSION TO TRAVEL**</u><br>    <u>**OUTSIDE THE COUNTRY**</u> |

Your Honor:

Guljinder Singh Gill is requesting permission to travel to Berkshire, England. Guljinder Singh Gill is current with all supervision obligations, and the probation officer recommends approval be granted.

**Conviction and Sentencing Date:** On April 26, 2011, Guljinder Singh Gill was sentenced for the offense(s) of Conspiracy to Distribute and Possess with Intent to Distribute MDMA in violation of 21 USC 841(a)(1) and 846 a Class C Felony; and Possession with Intent to Distribute MDMA in violation of 21 USC 841(a)(1), a Class C Felony.

**Sentence Imposed:** 28 months imprisonment followed by three years supervised release

**Dates and Mode of Travel:** January 22, 2014 - January 30, 2014

**Purpose:** Travel with his mother to visit family.

**RE:    Guljinder Singh Gill
        Docket Number:  0972 2:07CR00151-001
        <u>PERMISSION TO TRAVEL OUTSIDE THE COUNTRY</u>**

Respectfully submitted,

**/s/ Miranda L. Lutke**

**Miranda L. Lutke
U.S. Probation Officer**

Dated:   December 17, 2013
         Roseville, California
         MLL/jc

/s/ Michael A. Sipe
**REVIEWED BY:    Michael A. Sipe
                  Supervising United States Probation Officer**

---

### ORDER OF THE COURT

☒     Approved


**12/18/2013**                              **/s/ John A. Mendez**
**Date**                                    **John A. Mendez
                                            United States District Court Judge**