PROB 35 (ED/CA)

**Report and Order Terminating Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Docket No:   0972 2:07CR00151-001 |
| | ) | |
| GULJINDER SINGH GILL | ) | |
| | ) | |

On April 26, 2011, the above-named was placed on Supervised Release for a period of 36 months.

The supervisee has complied with the rules and regulations of Supervised Release and is no longer in need of supervision.  It is accordingly recommended that the supervisee be discharged from supervision.

                              Respectfully submitted,

                           /s/ Michael A. Sipe
             For
                      **MIRANDA L. LUTKE**
                      **United States Probation Officer**

Dated:     September 18, 2014
             Roseville, California
             MLL:jc


                    /s/ Michael A. Sipe

**REVIEWED BY:**    **MICHAEL A. SIPE**
                            **Supervising United States Probation Officer**

## ORDER OF COURT

Pursuant to the above report, it is ordered that Guljinder Singh Gill be discharged from Supervised Release, and that the proceedings in the case be terminated.

| | |
|---|---|
| 9/18/2014 | /s/ John A. Mendez |
| **Date** | **HONORABLE JOHN A. MENDEZ**<br>**United States District Court Judge** |

Attachment:    Recommendation

cc:    First AUSA – Jason Hitt

# UNITED STATES DISTRICT COURT

### FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Docket No:    0972 2:07CR00151-001 |
| | ) | |
| GULJINDER SINGH GILL | ) | |
| | ) | |

**LEGAL HISTORY:**

On April 26, 2011, the above-named was sentenced for a violation of 21 USC 841(a)(1) and 846 – Conspiracy to Distribute and Possess With Intent to Distribute MDMA; and 21 USC 841(a)(1) – Possession With Intent to Distribute MDMA, Class C Felonies.  He was ordered to serve 28 months custody of the Bureau of Prisons, followed by a term of 36 months Supervised Release.  He released from custody on January 18, 2013.

Special conditions included requirements for: Search; Shall not dispose of assets; Financial disclosure; No new debt or credit; Shall participate in a correctional treatment program for drug or alcohol abuse; Substance abuse testing; No pager and phone records search; No alcohol and alcohol restrictions; Aftercare co-payment for treatment and testing services; Drug offender registration; Mandatory testing; No firearms; and DNA collection.

**SUMMARY OF COMPLIANCE:**

The supervisee has complied with all Court-imposed mandatory, standard, and special conditions of Supervised Release.   He has demonstrated stability within the community, has incurred no new

arrests, has no history of violence, and is not identified as a risk to the community. The supervisee is statutorily eligible for early termination and has met the factors listed within the Guide to Judicial Policy for early termination consideration.

It is the opinion of the probation officer that the supervisee has derived maximum benefit from supervision and is not in need of continued supervision.

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Michael A. Sipe
for
**MIRANDA L. LUTKE**
**United States Probation Officer**

Dated:   September 18, 2014
         Roseville, California
         MLL:jc
                /s/ Michael A. Sipe
         _____

**REVIEWED BY:**      **MICHAEL A. SIPE**
                      **Supervising United States Probation Officer**

cc:   First AUSA  -  Jason Hitt

(Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided. If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35 - Report and Order Terminating Supervised Release Prior to Expiration Date will be submitted to the Court for approval.)